UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RUBEN HERNANDEZ RAMOS, et al., <br><br>            Petitioners, <br>   v. <br><br> LAURA HERMOSILLO, et al., <br><br>            Respondents. | CASE NO. C25-2273JLR <br><br> MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

This case is hereby transferred to the Honorable Tiffany M. Cartwright as related to *Rodriguez Vazquez v. Bostock et al.*, No. C25-5240TMC.

//

//

//

MINUTE ORDER - 1

1   All future documents filed in this case must bear case numbers ending in "TMC."

2   Filed and entered this 17th day of November, 2025.

                                        RAVI SUBRAMANIAN
                                        Clerk of Court

                                        s/ Ashleigh Drecktrah
                                        Deputy Clerk

MINUTE ORDER - 2