1
2
3
4
5

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RUBEN HERNANDEZ RAMOS, et al., | Case No. 2:25-cv-02273-TMC |
| Petitioners, | ORDER TO SHOW CAUSE |
| v. | |
| LAURA HERMOSILLO, et al., | |
| Respondents. | |

On November 14, 2025, Petitioners filed a petition for writ of habeas corpus alleging that Respondents had unlawfully subjected them to mandatory detention without the possibility of release on bond under 8 U.S.C. § 1225(b)(2). Dkt. 1 ¶¶ 36–40. The same day, Petitioners moved for the Court to issue an order requiring Respondents to file a return to the habeas petition within three days. Dkt. 2 at 7. Having reviewed the petition and accompanying motion, the Court GRANTS the motion for order to show cause (Dkt. 2). 28 U.S.C. § 2243 (requiring return "within three days unless for good cause additional time, not exceeding twenty days, is allowed").

Accordingly, the Court orders:

ORDER TO SHOW CAUSE - 1

1. Respondents shall file a return to the habeas petition no later than November 20, 2025. Any arguments that the petition should be dismissed shall be made in the return and not by separate motion.

2. Any traverse Petitioners wish to file shall be due by November 21, 2025. The clerk shall note the habeas petition for November 21, 2025.

3. Respondents shall provide Petitioners and Petitioners' counsel in this habeas action at least 48 hours' notice (or 72 hours' notice if the period extends into the weekend) prior to any action to move or transfer any Petitioner from the Northwest Immigration and Customs Enforcement Processing Center or to remove him or her from the United States.

4. The clerk is directed to effectuate immediate service of the habeas petition filed in this case upon Respondents and shall immediately email a copy of this order to usawaw.Habeas@usdoj.gov.

Dated this 17th day of November, 2025.

Tiffany M. Cartwright
United States District Judge

ORDER TO SHOW CAUSE - 2